IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORDALE WILLIAMS,
# 10014-09                                                                                              PLAINTIFF

V.                              CASE NO. 4:09CV00913 SWW/BD

CARL L. JOHNSON                                                                                  DEFENDANT

## RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections**

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation.  A copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

>    Clerk, United States District Court
>    Eastern District of Arkansas
>    600 West Capitol Avenue, Suite A149
>    Little Rock, AR 72201-3325

**II.     Discussion**

On December 7, 2009, Plaintiff filed this action pro se under 42 U.S.C. §1983, alleging that Defendant Johnson acted with deliberate indifference to his serious medical needs.  (Docket entry #2)  On December 11, 2009, Plaintiff was granted leave to proceed *in forma pauperis.*  (#5)   Plaintiff was advised of his responsibility to comply with Local Rule of the Eastern District of Arkansas 5.5.  Specifically, Plaintiff was notified that it was his duty to promptly notify the Clerk of any change of address and that if any communication from the Court was not responded to within thirty (30) days, his case would be subject to dismissal.

On March 25, 2010, Defendant Johnson filed a motion to compel Plaintiff to respond to his discovery requests, including a signed Medical Authorization to permit the release of Plaintiff's medical records.  (#14)  On April 8, 2010, Defendant Johnson filed a supplemental motion to compel stating that, according to the Arkansas Department of Correction ("ADC") website, Plaintiff had been transferred to the Grimes Unit of the ADC.  (#15)  Defendant Johnson indicated that he was re-sending his motion and the supplement to his motion to Plaintiff at the Grimes Unit.

On April 14, 2010, the Court ordered Plaintiff to respond to Defendant Johnson's motions and again warned Plaintiff that his failure to do so could result in the dismissal of this action without prejudice.  (#16)  This order was returned as undeliverable because it was mailed to Plaintiff at the Pulaski County Detention Facility, the last address provided

by Plaintiff. To date, Plaintiff has not responded to Defendant Johnson's discovery request or to the motions to compel. The time for doing so has expired. Further, Plaintiff has not notified the Court of any change of address.

Because it is the Plaintiff's duty to notify the Court of any change of address, the Court recommends that Plaintiff's claims be dismissed under Local Rule 5.5, and for failure to provide Defendant with a signed medical authorization form.

**III.   Conclusion:**

The Court recommends that Plaintiff's claims be DISMISSED without prejudice for his failure to comply with Local Rule 5.5 and discovery requirements. Defendant Johnson's motions to compel (#14 and #15) should be DENIED as moot.

DATED this 14th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE