**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CORDALE WILLIAMS,
# 10014-09**                                                                                       **PLAINTIFF**

V.                           CASE NO. 4:09CV00913 SWW/BD

**CARL L. JOHNSON**                                                                                **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.  Defendant Johnson's motion to compel and his supplemental motion to compel (docket entries #14 and #15) are DENIED as moot.

IT IS SO ORDERED, this 11th day of June, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE