# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CORDALE WILLIAMS,**
**# 10014-09**                                                                            **PLAINTIFF**

**V.**            **CASE NO. 4:09CV00913 SWW/BD**

**CARL L. JOHNSON**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 11th day of June, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE